# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 16-10882 BAK |
| **Case Name:** | PATRIOT SERVICES OF GREENSBORO, INC |
| **Period Ending:** | 12/31/19 |

| | |
|---|---|
| **Trustee:** | (530190)  Charles M. Ivey, III |
| **Filed (f) or Converted (c):** | 08/19/16 (f) |
| **§341(a) Meeting Date:** | 10/24/16 |
| **Claims Bar Date:** | 10/11/19 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Est Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets | 7 Lien Amount | 8 Exempt Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Business Checking Account at Wells Fargo | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2 | Wells Fargo Bank Account | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3 | Accounts Receivable over 90 days old | 891,495.00 | 0.00 | | 0.00 | FA | 891,495.00 | 0.00 |
| 4 | www.patriotstaffing.com<br><br>Not on line presently | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5 | Computers (Appraised Value)<br>No computers were surrendered to Trustee. | 1,700.00 | 1,700.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6 | Printers<br>Three copiers/printers/fax machines were in possession of SL Companies.  Order dated 8/4/17 authorizes SL Companies to turnover property to Trustee; See Docket No. 30, Adv. 17-2004 | 425.00 | 425.00 | | 289.80 | FA | 0.00 | 0.00 |
| 7 | Fax Machine<br>In possession of SL Companies.  Order dated 8/4/17 authorized SL Companies, Inc. to turnover possession to Trustee; See Docket No. 30; Property turned over by SL Companies was sold by auction | 20.00 | 20.00 | | 2.59 | FA | 0.00 | 0.00 |
| 8 | Refund from Ins. Company  (u) | 0.00 | 0.00 | | 134.00 | FA | 0.00 | 0.00 |
| 9 | SL Companies - Adv. Proceeding 17-2004  (u)<br>Trustee reached court approved settlement in the adversary.  See Docket No. 30; Adv. Proceeding 17-2004 dated 8/4/17.  SL Companies agreed to pay $4,000.00. | 0.00 | 0.00 | | 4,000.00 | FA | 0.00 | 0.00 |
| 10 | 2009 Chevrolet Impala LT | 0.00 | 0.00 | | 3,106.15 | FA | 0.00 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 16-10882 BAK
**Case Name:** PATRIOT SERVICES OF GREENSBORO, INC

**Period Ending:** 12/31/19

**Trustee:** (530190)   Charles M. Ivey, III
**Filed (f) or Converted (c):** 08/19/16 (f)
**§341(a) Meeting Date:** 10/24/16
**Claims Bar Date:** 10/11/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Est Net Value<br>(Value Determined<br>By Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien<br>Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 11 | 2005 Ford Van | 0.00 | 0.00 | | 747.50 | FA | 0.00 | 0.00 |
| 12 | Void Asset | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13 | Dynex 60" 1080 p TV with Remote | 0.00 | 0.00 | | 138.00 | FA | 0.00 | 0.00 |
| 14 | Framed Print and Art Work | 0.00 | 0.00 | | 2.08 | FA | 0.00 | 0.00 |
| 15 | Rents-3211 Hayden St., Greensboro NC<br>    Rental payments for 3211 Hayden Street, Greensboro, NC | 0.00 | 0.00 | | 6,500.00 | FA | 0.00 | 0.00 |
| 16 | Rents - 4610 Lawndale Drive | Unknown | N/A | | 700.00 | FA | 0.00 | 0.00 |
| 17 | Rents - 3804 Nash St., Greensboro, NC | Unknown | N/A | | 5,600.00 | FA | 0.00 | 0.00 |
| 18 | Rents - 309-D East Montcastle Dr., Greensboro | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 19 | Rents - 923 Sevier St., Greensboro, NC | Unknown | 0.00 | | 2,600.00 | FA | 0.00 | 0.00 |
| 20 | 3211 Hayden Street, Greensboro NC  (u) | 0.00 | 0.00 | | 47,300.00 | FA | 0.00 | 0.00 |
| 21 | 4610 Lawndale Drive, Greensboro, NC  (u) | 0.00 | 0.00 | | 30,000.00 | FA | 0.00 | 0.00 |
| 22 | 3804 Nash Street, Greensboro, NC  (u) | 0.00 | 0.00 | | 44,000.00 | FA | 0.00 | 0.00 |
| 23 | 309-D East Montcastle Drive, Greensboro, NC  (u)<br>    Includes HOA Dues refunded due to overpayment at closing | 0.00 | 0.00 | | 42,984.12 | FA | 0.00 | 0.00 |
| 24 | 923 Sevier Street, Greensboro, NC  (u) | 0.00 | 0.00 | | 26,400.00 | FA | 0.00 | 0.00 |
| 24 | **Assets**      **Totals**  (Excluding unknown values) | **$893,640.00** | **$2,145.00** | | **$214,504.24** | **$0.00** | **$891,495.00** | **$0.00** |

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 16-10882 BAK | **Trustee:** (530190)   Charles M. Ivey, III |
| **Case Name:** PATRIOT SERVICES OF GREENSBORO, INC | **Filed (f) or Converted (c):** 08/19/16 (f) |
| | **§341(a) Meeting Date:** 10/24/16 |
| **Period Ending:** 12/31/19 | **Claims Bar Date:** 10/11/19 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Est Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |

---

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

THIRTEENTH INTERIM REPORT 1/15/2020:  Trustee has filed objections to claims and will proceed toward closing the estate after the objection process is completed.

TWELFTH INTERIM REPORT 10/15/19:  Trustee has noticed creditor to file claims, and the deadline for filing claims is October 11, 2019.  Trustee has filed a final tax return for the Debtor and the IRS has responded with a request for more information.  Trustee will review claims after the deadline has expired.

ELEVENTHEN INTERIM REPORT 07/15/19:  Trustee has closed on all sales of the five tracts of real estate auctioned by the Trustee. Trustee will be notifying the Clerk's Office to notice creditors to file claims. Trustee is working on filing the neessary final tax returns for the debtor corporation.

TENTH INTERIM REPORT 04/15/2019:  Trustee conducted the court approved auction of five tracts of real estate and will proceed with the closings during the next interim reporting period.  Trustee will be requesting the Clerk to notice creditors to file claims.  All five sales were confirmed by the Court.

NINTH INTERIM REPORT 01/15/2019:  Trustee is coordinating with Iron Horse Auction Company to schedule an auction in March, 2019 for the five tracts of real estate.  Trustee is attempting to contact parties who are occupying the houses as tenants to determine if they will agree to a one-year lease.  If a lease is entered into, it will be part of the auction sale.  Trustee anticipates filing the necessary pleadings in January to conduct the auction.

EIGHTH INTERIM REPORT 10/15/2018:  Pursuant to the Court approved settlement, the five tracts of real estate have now been conveyed to the Debtor Corporation. The Trustee is collecting rents from tenants.  Trustee is initiating contact with the Housing Authority to redirect certain Section 8 payments to the Trustee.  Trustee is reaching out to tenants to find out whether they desire to stay as tenants or will be leaving the property.  Once the Trustee has determined the status of the property, Trustee will be in a better position to determine the best avenue for selling the same.

SEVENTH INTERIM REPORT 07/15/2018:  The Trustee has reached a court approved settlement which has resulted in five tracts of real estate being reconveyed into the name of the Debtor Corporation.  Trustee is moving forward to contact all current tenants concerning rent payments and after the Trustee has obtained the necessary information concerning the rental status of each property, he anticipates hiring a realtor to market the properties.  No auction is planned at this time.

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 16-10882 BAK | **Trustee:** | (530190) | Charles M. Ivey, III |
| **Case Name:** | PATRIOT SERVICES OF GREENSBORO, INC | **Filed (f) or Converted (c):** | 08/19/16 (f) | |
| | | **§341(a) Meeting Date:** | 10/24/16 | |
| **Period Ending:** | 12/31/19 | **Claims Bar Date:** | 10/11/19 | |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br>Est Net Value<br>(Value Determined<br>By Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien<br>Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|

SIXTH INTERIM REPORT 04/15/2018:  The internet auction has been concluded and the Court has confirmed the sale.  Trustee is investigating a potential fraudulent conveyance of 5 tracts of real estate by the Debtor.  Trustee anticipates either negotiating a settlement or filing an adversary proceeding concerning the transfers.

FIFTH INTERIM REPORT 01/15/2018:  The Trustee has collected settlement funds of $4,000 from SL Companies.  The Trustee is seeking court authorization of an internet auction to be held in February on personal property recovered through the settlement.  The Trustee is continuing to investigate other potential avoidance actions.

FOURTH INTERIM REPORT 10/15/2017:  The compromise with SL Companies was approved and the Trustee will be collecting $4,000.00 over a period of time and will be moving to sell a vehicle and other personal property that was turned over to the Trustee.

THIRD INTERIM REPORT 7/15/2017:  One of the adversary proceedings regarding a preference action has been dismissed by the Court based upon the Court's interpretation of the effect of state law of New York as to the date of transfer.  The Trustee has reached a tentative settlement with SL Companies, Inc., concerning a fraudulent conveyance and anticipates filing a Rule 9019 request for approval of the settlement.  If approved, the Trustee anticipates dismissing  the other named defendants without prejudice.  Based upon additional information received from SL Companies, Inc., the Trustee is continuing to investigate information concerning the Debtor's apparent disposition of its tangible personal property prior to the bankruptcy proceeding.

SECOND INTERIM REPORT:  4/15/2017:  Trustee has filed certain adversary proceedings regarding fraudulent conveyances of personal property.  Trustee will proceed with litigation.

FIRST INTERIM REPORT:  01/15/2017:  Trustee is investigating the financial affairs of this Debtor and is specifically looking into a potential fraudulent conveyance of personal property.  There are no bank accounts at this time.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2018          **Current Projected Date Of Final Report (TFR):**  March 31, 2020

| January 14, 2020 | /s/ Charles M. Ivey, III |
|---|---|
| Date | Charles M. Ivey, III |

# Form 1

Page: 5

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 16-10882 BAK | **Trustee:** (530190)  Charles M. Ivey, III |
| **Case Name:** PATRIOT SERVICES OF GREENSBORO, INC | **Filed (f) or Converted (c):** 08/19/16 (f) |
| | **§341(a) Meeting Date:** 10/24/16 |
| **Period Ending:** 12/31/19 | **Claims Bar Date:** 10/11/19 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br>Est Net Value<br>(Value Determined<br>By Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien<br>Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|

Copy Served On:  Mr. William P. Miller
Bankruptcy Administrator

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | | | |
|---|---|---|---|
| **Case Number:** | 16-10882 BAK | **Trustee:** | Charles M. Ivey, III (530190) |
| **Case Name:** | PATRIOT SERVICES OF GREENSBORO, INC | **Bank Name:** | Mechanics Bank |
| | | **Account:** | ******4866 - Checking Account |
| **Taxpayer ID #:** | 20-5281694 | **Blanket Bond:** | $2,500,000.00   (per case limit) |
| **Period Ending:** | 12/31/19 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|
| 03/27/17 | {8} | Selective Insurance Company of America | Refund from insurance payment after filing by company | 134.00 | | 134.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 124.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 114.00 |
| 05/03/17 | | To Account #********67 | Transfer from original account | | 114.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 134.00 | 134.00 | **$0.00** |
| Less: Bank Transfers | 0.00 | 114.00 | |
| **Subtotal** | 134.00 | 20.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$134.00** | **$20.00** | |

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 16-10882 BAK | |
| **Case Name:** | PATRIOT SERVICES OF GREENSBORO, INC | |
| **Taxpayer ID #:** | 20-5281694 | |
| **Period Ending:** | 12/31/19 | |

| | |
|---|---|
| **Trustee:** | Charles M. Ivey, III (530190) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******4867 - Checking Account |
| **Blanket Bond:** | $2,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|
| 05/03/17 | | From Account #********66 | Transfer from original account | 114.00 | | 114.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 104.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 94.00 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 84.00 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 74.00 |
| 09/18/17 | {9} | SL Companies, Inc dba SL Staffing Services | Settlement Proceeds from AP | 1,000.00 | | 1,074.00 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 1,064.00 |
| 10/18/17 | {9} | SL Companies Inc d/b/a SL Staffing Services | Settlement Payment | 1,000.00 | | 2,064.00 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 2,054.00 |
| 11/21/17 | {9} | SL Companies, Inc | Settlement Funds | 1,000.00 | | 3,054.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 3,044.00 |
| 12/27/17 | {9} | SL Companies, Inc. dba SL Staffing Services | Settlement Funds | 1,000.00 | | 4,044.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 4,034.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 4,024.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 4,014.00 |
| 03/07/18 | 101 | N.C. Department of Motor Vehicles | Title Application for 2006 Ford<br>Voided on 05/16/18 | | 170.30 | 3,843.70 |
| 03/12/18 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2018 FOR CASE #16-10882, Bond #016036434 | | 1.74 | 3,841.96 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 3,831.96 |
| 04/18/18 | | Iron Horse Auction Co., Inc. | Auction proceeds | 4,286.12 | | 8,118.08 |
| | {10} | | Gross sale proceeds          3,106.15 | | | 8,118.08 |
| | {11} | | Gross sale proceeds            747.50 | | | 8,118.08 |

| | | | Subtotals : | $8,400.12 | $282.04 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 16-10882 BAK
**Case Name:** PATRIOT SERVICES OF GREENSBORO, INC

**Taxpayer ID #:** 20-5281694
**Period Ending:** 12/31/19

**Trustee:** Charles M. Ivey, III (530190)
**Bank Name:** Mechanics Bank
**Account:** ******4867 - Checking Account
**Blanket Bond:** $2,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | {13} | | Gross Sale Proceeds | 138.00 | | | 8,118.08 |
| | {14} | | Gross Sale Proceeds | 2.08 | | | 8,118.08 |
| | {6} | | Gross Sale Proceeds | 289.80 | | | 8,118.08 |
| | {7} | | Gross Sale Proceeds | 2.59 | | | 8,118.08 |
| 04/25/18 | 103 | Clerk, U.S. Bankruptcy Court | Adv. Proceeding Filing Fees 17-2004; 17-2007 | | | 700.00 | 7,418.08 |
| 04/30/18 | 104 | Iron Horse Auction Company | Advertising Expenses $250.00; Towing Fee $350.00 | | | 600.00 | 6,818.08 |
| 04/30/18 | 105 | Iron Horse Auction Company | Auctioneer Fee - 15% Buyer's Premium | | | 559.06 | 6,259.02 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | | 10.00 | 6,249.02 |
| 05/16/18 | 101 | N.C. Department of Motor Vehicles | Title Application for 2006 Ford<br>Voided: check issued on 03/07/18 | | | -170.30 | 6,419.32 |
| 05/23/18 | 106 | Register of Deeds | Recording Fees for deeds | | | 130.00 | 6,289.32 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | | 10.61 | 6,278.71 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | | 10.00 | 6,268.71 |
| 07/11/18 | {15} | Garry and Felicia Troxler | Rental payment | | 650.00 | | 6,918.71 |
| 07/25/18 | {16} | Arquita Bost | Rent for Asset #16- 4610- D Lawndale Drive | | 700.00 | | 7,618.71 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | | 10.37 | 7,608.34 |
| 08/06/18 | {17} | Henry Lewis Johnson | Rent- 3804 Nash Street, Greensboro NC | | 700.00 | | 8,308.34 |
| 08/14/18 | {15} | Garry Troxler | Rent for August at 3211 S Hayden Street | | 650.00 | | 8,958.34 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | | 12.61 | 8,945.73 |
| 09/12/18 | {17} | Henry Johnson | Rent payment for 3804 Nash St | | 350.00 | | 9,295.73 |
| 09/12/18 | {17} | Henry Johnson | Rents for 3804 Nash St | | 350.00 | | 9,645.73 |
| 09/12/18 | {15} | Garry Troxler, Sr. | Rent for 3211 S Hayden St | | 650.00 | | 10,295.73 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | | 7.41 | 10,288.32 |
| 10/09/18 | {17} | Henry Johnson | Rents for 3804 Nash Street | | 350.00 | | 10,638.32 |
| 10/09/18 | {17} | Henry Johnson | Rent for 3804 Nash Street | | 350.00 | | 10,988.32 |
| 10/15/18 | {15} | Mr Garry Troxler Sr | Rent for 3211 S Hayden St | | 650.00 | | 11,638.32 |

**Subtotals :**  **$5,400.00**  **$1,879.76**

{} Asset reference(s)

Printed: 01/14/2020 11:50 AM    V.14.60

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 16-10882 BAK
**Case Name:** PATRIOT SERVICES OF GREENSBORO, INC

**Taxpayer ID #:** 20-5281694
**Period Ending:** 12/31/19

**Trustee:** Charles M. Ivey, III (530190)
**Bank Name:** Mechanics Bank
**Account:** ******4867 - Checking Account
**Blanket Bond:** $2,500,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 9.96 | 11,628.36 |
| 11/26/18 | {15} | Garry K Troxler Sr. | Rent for November on 3211 South Hayden Street, Greensboro | 650.00 | | 12,278.36 |
| 11/26/18 | {17} | Henry Johnson | Rent for 3804 Nash Street, Greensboro | 350.00 | | 12,628.36 |
| 11/26/18 | {17} | Annie Lloyd | Rent for 3804 Nash Street, Greensboro | 350.00 | | 12,978.36 |
| 12/31/18 | {15} | Garry Troxler, Sr. | Rents for 3211 S. Hayden St, Greensboro | 650.00 | | 13,628.36 |
| 01/02/19 | {17} | Henry Johnson III | Rent for 3804 Nash Street Greensboro | 350.00 | | 13,978.36 |
| 01/02/19 | {17} | Annie Llloyd | Rent for 3804 Nash St Greensboro | 350.00 | | 14,328.36 |
| 01/29/19 | {15} | Garry K. Troxler Sr | Rent for 3211 S Hayden St. | 650.00 | | 14,978.36 |
| 02/11/19 | {17} | Annie Lloyd | Rent for 3804 Nash Street | 350.00 | | 15,328.36 |
| 02/11/19 | {17} | Henry Johnson | Rent for 3804 Nash Street | 350.00 | | 15,678.36 |
| 02/27/19 | {15} | Garry K. Troxler Sr | Rent for 3211 Hayden Street- Greensboro | 650.00 | | 16,328.36 |
| 03/04/19 | {19} | Yvette Glenn | Rent for February of 923 Sevier St,. GSO | 650.00 | | 16,978.36 |
| 03/04/19 | {19} | Yvette Glenn | Rent for March on 923 Sevier St, GSO | 650.00 | | 17,628.36 |
| 03/11/19 | {17} | Annie Lloyd | Rent for 3804 Nash Street, Greensboro NC | 350.00 | | 17,978.36 |
| 03/11/19 | {17} | Henry Johnson | Rent for 3804 Nash St. Greensboro | 350.00 | | 18,328.36 |
| 03/25/19 | 107 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/25/2019 FOR CASE #16-10882, Bond premium | | 10.94 | 18,317.42 |
| 03/27/19 | {15} | Garry Troxler | Rent for March 2019- 3211 S Hayden St. | 650.00 | | 18,967.42 |
| 04/09/19 | 108 | Register of Deeds | Recording fee for (3) leases | | 78.00 | 18,889.42 |
| 04/10/19 | {17} | Annie Lloyd | April 2019 Rent for 3804 Nash Street | 350.00 | | 19,239.42 |
| 04/10/19 | {17} | Henry Johnson III | April 2019 Rent for 3804 Nash Street | 350.00 | | 19,589.42 |
| 04/16/19 | {19} | Yvette Glenn | April Rent for 923 Sevier Street- Greensboro | 650.00 | | 20,239.42 |
| 04/16/19 | 109 | Clerk, U.S. Bankruptcy Court | Filing fee - Motion to Transfer Liens | | 181.00 | 20,058.42 |
| 04/30/19 | {15} | Garry Troxler | April Rent for 3211 S Hayden Street | 650.00 | | 20,708.42 |
| 05/08/19 | | Steven Foskett, PA | Sale proceeds from 4610-D Lawndale Drive/Greensboro | 23,013.87 | | 43,722.29 |

**Subtotals :**    **$32,363.87**    **$279.90**

{} Asset reference(s)

Printed: 01/14/2020 11:50 AM    V.14.60

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 16-10882 BAK | Trustee: | Charles M. Ivey, III (530190) |
|---|---|---|---|
| Case Name: | PATRIOT SERVICES OF GREENSBORO, INC | Bank Name: | Mechanics Bank |
| | | Account: | ******4867 - Checking Account |
| Taxpayer ID #: | 20-5281694 | Blanket Bond: | $2,500,000.00   (per case limit) |
| Period Ending: | 12/31/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Guilford County Tax Department | 2019 ad valorem taxes | -290.46 | | | 43,722.29 |
| | | Register of Deeds | Revenue Stamps | -60.00 | | | 43,722.29 |
| | | Guilford County Tax Department | 2015 Ad Valorem Taxes | -915.05 | | | 43,722.29 |
| | | Guilford County Tax Department | 2016 Ad Valorem Taxes | -942.45 | | | 43,722.29 |
| | | Guilford County Tax Department | 2017 Ad Valorem Taxes | -974.64 | | | 43,722.29 |
| | | Guilford County Tax Department | 2018 Ad Valorem Taxes | -897.33 | | | 43,722.29 |
| | | William P. Benjamin, PLLC | Past due HOA dues | -2,906.20 | | | 43,722.29 |
| | {21} | | Sales Proceeds | 30,000.00 | | | 43,722.29 |
| 05/08/19 | {19} | Yvette Glenn | May Rent for 923 Sevier Street | | 650.00 | | 44,372.29 |
| 05/13/19 | | Justice Law Group, PA | Settlement Proceeds from 3211 South Hayden Street, Greensboro | | 38,511.80 | | 82,884.09 |
| | | Guilford County Tax Department | Ad valorem taxes 2019 | -257.28 | | | 82,884.09 |
| | | Guilford County Tax Department | 2018 ad valorem taxes | -767.10 | | | 82,884.09 |
| | | Guilford County Tax Department | 2017 ad valorem taxes | -833.25 | | | 82,884.09 |
| | | Guilford County Tax Department | 2016 ad valorem taxes | -968.06 | | | 82,884.09 |
| | | Guilford County Tax Department | 2015 ad valorem taxes | -942.61 | | | 82,884.09 |
| | | Register of Deeds | Revenue Stamps | -95.00 | | | 82,884.09 |
| | | City of Greensboro | Water Bill | -624.90 | | | 82,884.09 |
| | | Iron Horse Auction Company | Buyer's Premium | -4,300.00 | | | 82,884.09 |
| | {20} | | Sale Proceeds | 47,300.00 | | | 82,884.09 |
| 05/13/19 | | J. Fufus Farrior, Atty at Law | Settlement Proceeds from 3804 Nash Street, Greensboro | | 37,323.04 | | 120,207.13 |
| | | Guilford County Tax Department | 2019 ad valorem taxes 1/1/19 thru 5/9/19 | -204.10 | | | 120,207.13 |
| | | Iron Horse Auction Company | Buyer's Premium | -4,000.00 | | | 120,207.13 |
| | | Register of Deeds | Revenue Stamps | -88.00 | | | 120,207.13 |
| | | Guilford County Tax Department | 2015 ad valorem taxes | -869.10 | | | 120,207.13 |

| | | | Subtotals : | | $76,484.84 | $0.00 | |

{} Asset reference(s)

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 16-10882 BAK |
| **Case Name:** | PATRIOT SERVICES OF GREENSBORO, INC |
| **Taxpayer ID #:** | 20-5281694 |
| **Period Ending:** | 12/31/19 |

| | |
|---|---|
| **Trustee:** | Charles M. Ivey, III (530190) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******4867 - Checking Account |
| **Blanket Bond:** | $2,500,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Guilford County Tax Department | 2016 ad valorem taxes | -899.80 | | | 120,207.13 |
| | | Guilford County Tax Department | 2017 ad valorem taxes | -4.86 | | | 120,207.13 |
| | | Guilford County Tax Department | 2018 ad valorem taxes | -611.10 | | | 120,207.13 |
| | {22} | | Sale Proceeds | 44,000.00 | | | 120,207.13 |
| 05/15/19 | 110 | R. Steve Bowden | | | | 650.00 | 119,557.13 |
| 05/20/19 | | J. Rufus Farrior, P.A. | Sale Proceeds - 309-D East Montcastle Drive | | 31,609.32 | | 151,166.45 |
| | | Guilford County Tax Department | 2019 ad valorem taxes | -282.81 | | | 151,166.45 |
| | | Black, Slaughter & Black, PA | Past Due HOA dues | -6,064.91 | | | 151,166.45 |
| | | Black, Slaughter & Black, PA | HOA Dues May, 2019 | -84.12 | | | 151,166.45 |
| | | Register of Deeds | Revenue Stamps | -86.00 | | | 151,166.45 |
| | | Iron Horse Auction Company | Buyer's Premium | -3,900.00 | | | 151,166.45 |
| | | Guilford County Tax Department | 2018 Taxes | -802.87 | | | 151,166.45 |
| | | City of Greensboro | Water Bill | -69.97 | | | 151,166.45 |
| | {23} | | Sales Proceeds | 42,900.00 | | | 151,166.45 |
| 05/20/19 | | J. Rufus Farrior, P.A. | Sale Proceeds - 923 Sevier Street, Greensboro, NC | | 21,261.28 | | 172,427.73 |
| | {24} | | Gross Sale Proceeds | 26,400.00 | | | 172,427.73 |
| | | Guilford County Tax Department | County Taxes 1/1/2019 to 5/16/2019 | -177.45 | | | 172,427.73 |
| | | Iron Horse Auction Company | Buyer's Premium | -2,400.00 | | | 172,427.73 |
| | | Register of Deeds | Revenue Stamps | -54.00 | | | 172,427.73 |
| | | Guilford County Tax Department | 2015, 2016, 2017 and 2018 ad valorem taxes | -2,507.27 | | | 172,427.73 |
| 05/20/19 | {23} | J. Rufus Farrior, P.A. | Refund of HOA Dues - 309-D Montcastle Drive | | 84.12 | | 172,511.85 |
| 05/29/19 | 111 | Auction Promotions Unlimited | Advertising Expenses | | | 2,500.00 | 170,011.85 |

|  | Subtotals : | $52,954.72 | $3,150.00 |
|---|---|---|---|

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 16-10882 BAK | Trustee: | Charles M. Ivey, III (530190) |
| Case Name: | PATRIOT SERVICES OF GREENSBORO, INC | Bank Name: | Mechanics Bank |
| | | Account: | ******4867 - Checking Account |
| Taxpayer ID #: | 20-5281694 | Blanket Bond: | $2,500,000.00   (per case limit) |
| Period Ending: | 12/31/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | 175,603.55 | 5,591.70 | $170,011.85 |
| | | | Less: Bank Transfers | 114.00 | 0.00 | |
| | | | Subtotal | 175,489.55 | 5,591.70 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | NET Receipts / Disbursements | $175,489.55 | $5,591.70 | |

| Net Receipts : | 175,623.55 |
|---|---|
| Plus Gross Adjustments : | 38,880.69 |
| Less Other Noncompensable Items : | -650.00 |
| Net Estate : | $215,154.24 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******4866 | 134.00 | 20.00 | 0.00 |
| Checking # ******4867 | 175,489.55 | 5,591.70 | 170,011.85 |
| | $175,623.55 | $5,611.70 | $170,011.85 |

_____
January 14, 2020
Date

/s/ Charles M. Ivey, III
_____
Charles M. Ivey, III